# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 7, 2009

**Before**

RICHARD A. POSNER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 08-1093

| | |
|---|---|
| SALEEM MUHAMMAD JAN, | On Petition for Review from the |
| *Petitioner*, | Board of Immigration Appeals. |
| | |
| *v.* | No. A95 925 138 |
| | |
| ERIC H. HOLDER, JR., Attorney General of the United States, | |
| *Respondent*. | |

**ORDER**

The slip opinion issued in the above-entitled cause on August 6, 2009, is amended as follows:

Page 1, first paragraph, line 1, replace "Muhammed" with "Muhammad".